ANTHONY, Respondent, v. CALKINS et al., Appellants. (Supreme Court, Appellate Divi-

sion, Third Department. January 7, 1914.) Action by Edwin S. Anthony against Newton A. Calkins and Edwin H. Merriam. No opinion. Judgment unanimously affirmed, with costs.

